THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GWEN INGELS, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., a foreign corporation, and RECONTRUST COMPANY, NA, a foreign corporation, <br><br> Defendants. | No. 11-cv-5735-RBL <br><br> ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) |

THIS MATTER has come before the Court upon the filing of Defendants Bank of America, N.A ("BANA") and ReconTrust Company, N.A.'s ("ReconTrust") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. #11]. All parties were given notice and an opportunity to respond. The plaintiff failed to respond to the motion.

Pursuant to Local Rule 7(b)(2), "if a party fails to file papers in opposition to a motion, such failure may be considered by the Court as an admission that the motion has merit."

The Court having reviewed all pleadings filed by all parties relating to the Motion and the Court having reviewed the records and files herein, it is hereby:

ORDERED that Defendants' Motion to Dismiss [Dkt. #11] is **GRANTED**; and it is

//

//

//

//

FURTHER ORDERED that the claims of Plaintiff Gwen Ingels are dismissed in their entirety, with prejudice, and without leave to amend.

IT IS SO ORDERED.

DATED this 19th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE