1      THE HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
8                                  AT SEATTLE

9    GWEN INGELS,                        )
                                         )
10                        Plaintiff,     )     No. 11-cv-5735-RBL
                                         )
11        v.                             )     ORDER GRANTING DEFENDANTS'
                                         )     MOTION TO DISMISS  PLAINTIFF'S
12   BANK OF AMERICA, N.A., a foreign    )     COMPLAINT PURSUANT TO FED.
     corporation, and RECONTRUST         )     R. CIV. P. 12(b)(6)
13   COMPANY, NA, a foreign corporation, )
                                         )
14   _____ Defendants. )

15        THIS MATTER has come before the Court upon the filing of Defendants Bank of

16   America, N.A ("BANA") and ReconTrust Company, N.A.'s ("ReconTrust") Motion to Dismiss

17   Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. #11].  All parties were given notice

18   and an opportunity to respond.  The plaintiff failed to respond to the motion.

19        Pursuant to Local Rule 7(b)(2), "if a party fails to file papers in opposition to a motion,

20   such failure may be considered by the Court as an admission that the motion has merit."

21        The Court having reviewed all pleadings filed by all parties relating to the Motion and

22   the Court having reviewed the records and files herein, it is hereby:

23        ORDERED that Defendants' Motion to Dismiss [Dkt. #11] is **GRANTED**; and it is

24   //

25   //

26   //

27   //

1    FURTHER ORDERED that the claims of Plaintiff Gwen Ingels are dismissed in their

2  entirety, with prejudice, and without leave to amend.

3        IT IS SO ORDERED.

4        DATED this 19th day of October, 2011.

5

6        _____

7        RONALD B. LEIGHTON
         UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27